# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-11066

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-06879-RJH |
| Dianna Quintanilla | Chapter 7 |
| Debtor. | MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY |
| Flagstar Bank, FSB | |
| Movant, | RE: Real Property Located at 51 E. 14th Pl. Mesa, AZ 85201 |
| vs. | |
| Dianna Quintanilla, Debtor; Constantino Flores, Trustee. | |
| Respondents. | |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtor by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 4th day of May, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Dianna Quintanilla filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Constantino Flores was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

Lot 6, of ROTHROCK HEIGHTS, according to Book 57 of Maps, page 9, records of Maricopa County, Arizona.

Debtor executed a Note secured by a Deed of Trust, dated August 28, 2007, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference

Debtor is in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after February 1, 2009.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtor failure to make payments on a timely basis.

……………………..

Movant is informed and believes and therefore alleges that the Debtor and bankruptcy estate have no equity in the property. The fair market value of the property pursuant to Debtor's Schedule "A" is $139,000.00, less ten percent (10%) cost of marketing, less the first and second secured liens resulting in no equity. A true and correct copy of the Debtor's Schedule "A" is attached hereto as Exhibit "C".

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 51 E. 14th Pl., Mesa, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtor, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain ownership, possession and control of the Property.

DATED this 4th day of May, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


By  /s/ MSB # 010167
            Mark S. Bosco
            Leonard J. McDonald
            2525 East Camelback Road, Suite 300
            Phoenix, Arizona 85016
            Attorneys for Movant